IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAIRO ANTONIO RIASCOS-RIASCOS, | : |
| Petitioner | : CIV. NO. 23-4208 (RMB) |
| v. | : **MEMORANDUM OPINION** |
| WARDEN, FCI FORT DIX, | : |
| Respondent | : |

**IT APPEARING THAT:**

1. On or about August 7, 2023, Petitioner Jairo Antonio Riascos-Riascos, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging he was unlawfully denied application of Time Credits under the First Step Act. (Pet., Docket No. 1.)

2. On November 20, 2023, Respondent submitted a letter to the Court, requesting dismissal of the petition as moot because the Bureau of Prisons ("BOP") has applied 365 days of time credits under the First Step Act toward Petitioner's early transfer to supervised release and updated his projected release date. (Letter, Dkt. No. 4; Declaration of Christina Cross-Peart, Exhibits 1-3, Dkt. Nos. 4-1 and 4-2.)

3. Petitioner has received all relief requested in his habeas petition, application of FSA time credits to his sentence. (Pet., Dkt. No. 1 ¶ 15.)

4. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able

to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

    5.    The petition is moot, and the Court will dismiss this matter.

An accompanying Order follows.

DATE:  **December 6, 2023**

                                            s/Renée Marie Bumb
                                            RENÉE MARIE BUMB
                                            Chief United States District Judge